435 A.2d 1310

Commonwealth v. Makay, Appellant.

Submitted June 13, 1980. Ronald Keeler, for appellant; Gordon E. Stroup, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 1310

Commonwealth v. Mitchell, Appellant.

Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence of January 29, 1980, is affirmed.

POPOVICH, J., concurred in the result.